UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF TEXAS

In Re: Janice Gwenette Vaughn          CHAPTER 13
                                        CASE NO: 20-32014

**EXPEDITED VOLUNTARY MOTION TO DISMISS CASE**

    Janice Gwenette Vaughn through undersigned counsel, moves this Court pursuant to 11 USC §1307 (b) to Dismiss her Chapter 13 Case. In support thereof, she states the following:

1) Debtor entered in to a voluntary Chapter 13 to cure tax debts, associated with her homestead.

2) Debtor's family member has agreed to pay off Debtor's debts in full.

3) Debtor would like her case dismissed. *(See affidavit).*

4) Debtor will repay her family member at a lesser rate of interest over time and will have more time to pay it back.

5) No reason exists that she should not be granted the right to dismiss her case.

WHEREFORE, Ms. Vaughn prays this Court grant the Motion to voluntarily dismiss her case.

Dated this May 27, 2020:          /s/ Jessica L. Hoff_____

                                                       Jessica L. Hoff, Esq.
                                                       24093963 Counsel to Debtor(s)
                                                       Hoff Law Offices, P.C.
                                                       440 Louisiana St. Suite 850
                                                       Houston, TX 77002
                                                       (832) 975-0366
                                                       jhoff@hofflawoffices.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **EXPEDITED VOLUNTARY MOTION TO DISMISS CASE** was served by electronic service where applicable and by placing the same in the United States Mail, first class postage pre-paid, May 27, 2020.

**William E. Heitkamp**
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 770

**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

                          /s/ Jessica L. Hoff
                          Jessica L. Hoff, Esq.  24093963
                          Counsel to Debtor