# AFFIDAVIT

The within named person (Affiant), Janice G. Vaughn, who is a resident of Galveston County, State of Texas makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

I confirm that on the 27th day of May I elect to voluntarily dismiss my Chapter 13 case. This affidavit is executed in order to attest to the facts and circumstances of the above narration of facts for all legal intents and purposes it may serve.

*Janice G. Vaughn*
_____

Signature of Affiant

05/27/2020
_____

Date

0