# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

In Re: Janice Gwenette Vaughn                    CHAPTER 13

                                                 CASE NO: 20-32014

---

## ORDER GRANTING VOLUNTARY MOTION TO DISMISS CASE

---

This Court, having considered the motion, (docket no. _____) hereby GRANTS the Voluntary Motion to Dismiss Case.

Signed _____

                                                                                                                           _____

                                                                                                                           David R. Jones

                                                                                                                           Chief United States Bankruptcy Judge