

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

ENTERED
05/28/2020

| | |
|---|---|
| In Re: Janice Gwenette Vaughn | CHAPTER 13 |
| | CASE NO: 20-32014 |

## ORDER GRANTING VOLUNTARY MOTION TO DISMISS CASE
(Docket No. 27)

This Court, having considered the motion, (docket no. __27__) hereby GRANTS the Voluntary Motion to Dismiss Case.   This case is dismissed without prejudice.

**Signed:  May 28, 2020.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**